IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ALBERT MARQUAVIOUS LAMAR ANDERSON, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:24CV22 |
| NOVANT HEALTH, *et al.,* | ) ) ) | |
| Defendants. | ) | |

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b), and on January 30, 2025, was served on the parties in this action. (ECF Nos. 24, 25.) On February 20, 2025, Plaintiff filed Objections to the Magistrate Judge's Recommendation. (ECF No. 26).

The Court has reviewed Plaintiff's Objections and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. The Court therefore adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that the instant Motion, (ECF No. 16), is **DENIED**.

A judgment dismissing this action will be entered contemporaneously with this Order.

This, the 24th day of February 2025.

/s/ Loretta C. Biggs
United States District Judge